359 A.2d 916
COMMONWEALTH
v.
MARSHALL, Appellant.

Submitted April 19, 1976. Anthony J. Lalama, Trial Defender, and Ralph J. Cappy,

Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., absent.